UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JULIE KING, individually and as Personal Representative of the Estate of DENNIS POGUE, deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 06-2319 |
| v. | ) ) | |
| MONSANTO COMPANY, PFIZER, INC., PHARMACIA CORPORATION, AND G.D. SEARLE LLC., | ) ) ) ) ) | MDL #1699 |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO ADD PARTY
PLAINTIFF AND FILE FIRST AMENDED COMPLAINT
AND SUGGESTIONS IN SUPPORT**

COMES NOW plaintiff, by and through counsel, and pursuant to F.R.C.P. 15(a) and 21 respectfully seeks leave to add Julie King as personal representative of the Estate of Dennis Pogue, as a party plaintiff and to file her First Amended Complaint, attached hereto, reflecting this plaintiff's claims.

**SUGGESTIONS IN SUPPORT**

1.     This is a product liability lawsuit regarding the pharmaceutical drug Celebrex.

2.     Plaintiff originally filed this lawsuit on behalf of Dennis Pogue against Monsanto Company, Pfizer, Inc., Pharmacia Corporation and G.D. Searle, L.L.C. on March 31, 2006 alleging that these defendants designed, manufactured, marketed, distributed, warranted and sold the Celebrex that decedent ingested.

3.     Plaintiff is the surviving spouse of decedent.  As such, she is a proper party under Arizona's wrongful death statute to bring a cause of action on behalf of all the person's entitled

to bring an action for the wrongful death of decedent.

4. Plaintiff was appointed Personal Representative of decedent's estate on August 19, 2003 by the Superior Court of the State of Arizona in the County of Apache. As such, she is entitled to pursue a survival action on behalf of decedent.

5. Plaintiff's Complaint should reflect plaintiff's proper capacity to bring this lawsuit.

6. F.R.C.P. 21 provides that "parties may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just."

7. Rule 15(a) provides that leave to amend shall be freely given when justice so requires.

8. No defendant will suffer any undue prejudice or unfair surprise by allowing plaintiff to file her First Amended Complaint.

9. Defendants' counsel has been contacted about this Motion and has no opposition to it.

WHEREFORE, plaintiff respectfully moves for an Order granting her leave to add Julie King as Personal Representative of the Estate of Dennis Pogue, as a party plaintiff and to file her First Amended Complaint, attached hereto as Exhibit "A."

September 8, 2006



GRANTED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA